# EXHIBIT 2

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

Lone Star Document Management LLC ("Lone Star") provides evidence of infringement of claim 16 of U.S. Patent No. 6,918,082 (hereinafter "the '082 patent") by OMERS Private Equity USA Inc. ("OMERS"). In support thereof, Lone Star provides the following claim charts.

"Accused Instrumentalities" as used herein refers to at least OMERS systems and methods, including one or more hardware and software products for document and content management and related services, which by way of example include but are not limited to the Epiq DocuMatrix ("DMX") document management solution. (*see, e.g.*, : Epiq Releases DMX Dashboard, https://www.epiqglobal.com/en-us/resource-center/news/epiq-releases-dmx-dashboard)(Exhibit 4) (the "Accused Instrumentalities").

These claim charts demonstrate OMERS's infringement, and provide notice of such infringement, by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Instrumentalities. These claim charts are not intended to constitute an expert report on infringement. These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as OMERS has not yet provided any non-public information. An analysis of OMERS's (or other third parties') technical documentation and/or software source code may assist in fully identifying all infringing features and functionality. Accordingly, Lone Star reserves the right to supplement this infringement analysis once such information is made available to Lone Star. Furthermore, Lone Star reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims.

Lone Star provides this evidence of infringement and related analysis without the benefit of claim construction or expert reports or discovery. Lone Star reserves the right to supplement, amend or otherwise modify this analysis and/or evidence based on any such claim construction or expert reports or discovery.

Unless otherwise noted, Lone Star contends that OMERS directly infringes the '082 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities.

Unless otherwise noted, Lone Star believes and contends that each element of each claim asserted herein is literally met through OMERS's provision of the Accused Instrumentalities. However, to the extent that OMERS attempts to allege that any asserted claim element is not literally met, Lone Star believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, Lone Star did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

set forth herein.  In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Instrumentalities, Lone Star asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim.  Lone Star reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by OMERS.  Lone Star also reserves the right to amend this infringement analysis by citing other claims of the '082 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities.  Lone Star further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

| Claim #10 | Accused Instrumentalities |
|---|---|
| **A system for proofing electronic documents delivered over a network, comprising:** | **The Accused Instrumentalities comprise a system for proofing electronic documents delivered over a network.**<br><br>The Accused Instrumentalities include a system for proofing electronic documents delivered over a network.<br><br>In particular, the Accused Instrumentalities include Epiq DocuMatrix ("DMX"), which uses a system for proofing electronic documents delivered over a network.<br><br>**Epiq Systems Reaches Agreement to be Acquired for $16.50 Per Share by OMERS Private Equity and Harvest Partners**<br><br>July 27, 2016<br><br>Epiq Systems, Inc. ("Epiq") (NASDAQ: EPIQ), a leading global provider of integrated technology and services for the legal profession, today announced that it has entered into a definitive agreement to be acquired by OMERS Private Equity, the private equity arm of the OMERS pension plan, and funds managed by Harvest Partners, LP, a leading middle-market private equity fund, for $16.50 per share in cash. The transaction, which represents a 42% premium to Epiq's unaffected closing share price of $11.63 as of February 19, 2016, the last trading day before a media report speculating about potential offers for the company, has a total value of approximately $1.0 billion including assumed debt obligations.<br><br>Source: Epiq Systems Reaches Agreement<br><br>https://www.omersprivateequity.com/news/Epiq-Systems-Reaches-Agreement-to-be-Acquired-for-16.50-Per-Share (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

**About DMX**

Used in the largest global litigations, investigations and regulatory actions, Epiq's DMX platform performs eDiscovery processing through review and production. Offering end-to-end transparency, the DMX dashboard gives users a holistic picture of the flow of data, from the original sources through culling and processing to review. Real-time information, a complete view of data flow and extensive details on every custodian: with DMX, clients always have their data at their fingertips.

Source: Epiq Releases DMX Dashboard

https://www.epiqglobal.com/en-us/resource-center/news/epiq-releases-dmx-dashboard (annotations added)

**Epiq Systems**

**Epiq Systems** is a public company (Nasdaq:EPIQ) that offers software and services for legal document processing and review, along with services relating to forensics, collection, hosting, consulting and analysis. Epiq's software offerings include Epiq Portal, eDataMatrix, DocuMatrix and DMX. eDataMatrix is Epiq's own processing engine, which is highly scalable and supports over 400 file types. DocuMatrix is Epiq's workflow-based review platform. In addition to offering its own proprietary technology, Epiq offers third-party software to perform application and data hosting for clients that use other products. This arrangement suits law firms particularly well, as they tend to use different products for different cases, or are asked by their clients to use particular products. Epiq provides hosted, on-site and managed services. It is a global player in the e-discovery market, with operations and data centers in the U.S., Canada, Japan, China and the U.K.

Source: Magic Quadrant for E-Discovery Software, p.6

https://www.legal500.de/wp-content/uploads/assets/legal500/images/sponsors/HP_Gartner_Magic.pdf (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

| | |
|---|---|
| | **Offering end-to-end transparency throughout the eDiscovery process, DMX (DocuMatrix) gives you a holistic picture of data flow; from the original data sources to what's been processed, to what was ultimately reviewed and produced. Most importantly, all the information is woven together seamlessly in an interactive and easy-to-use dashboard**<br><br>Source: eDiscovery Business Intelligence, p.1<br><br>https://www.epiqglobal.com/epiq/media/thinking/ediscovery/uk/dmx-uk.pdf (annotations added)<br><br>And DMX uses the native application interfaces to analyse, extract, and load data, so all data you load remains in a native format that you can recognise and review online instantly. No need to adjust the data, and no time-consuming TIFF or PDF conversions.<br><br>Real-time information, a complete view of data flow and extensive details on every custodian: with DMX, your data is always at your fingertips.<br><br>Source: eDiscovery Business Intelligence, p.1<br><br>https://www.epiqglobal.com/epiq/media/thinking/ediscovery/uk/dmx-uk.pdf (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

|  | |
|---|---|
|  | ## Review<br><br>Vast amounts of data are stored across the globe in differing formats, file types, and languages. The cost for discovering this data is growing, and flawless execution is required from start to finish. DMX is laser-focused on review efficiency. The DMX platform equips you with essential discovery management tools to achieve an efficient, intelligent assessment, and review. With DMX, you get:<br><br>Source: eDiscovery Business Intelligence, p.2<br><br>https://www.epiqglobal.com/epiq/media/thinking/ediscovery/uk/dmx-uk.pdf (annotations added)<br><br>Predictive coding, a form of technology assisted review (TAR), incorporates well-known technologies to identify relevant and non-relevant documents. An authority on the facts in the matter trains a machine learning system by reviewing a small number of documents. The system then scores the remaining documents, indicating the probability that those documents will be relevant. The review team can then focus their review on the documents most likely to be relevant.<br><br>Source: Technology -Assisted Review, p.1<br><br>https://www.epiqglobal.com/epiq/media/thinking/ediscovery/uk/tar-uk.pdf (annotations added)<br><br>The evidence above confirms that the Accused Instrumentalities include a system for proofing electronic documents delivered over a network.<br><br>An example of a "proofing" within the '082 patent is "to view the document version for review and comment" (See '082, e.g., 3:59-62).<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result.  Any differences are insubstantial. |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

| a database of portable format electronic documents stored together with at least one proofer identifier; | **The Accused Instrumentalities comprise a database of portable format electronic documents stored together with at least one proofer identifier.**<br><br>The Accused Instrumentalities include a database of portable format electronic documents.<br><br>In particular, the Accused Instrumentalities include Epiq DocuMatrix ("DMX") which uses a database (eDatamatrix) of documents including portable format electronic documents.<br><br>**Epiq Systems**<br><br>Epiq Systems is a public company (Nasdaq:EPIQ) that offers software and services for legal document processing and review, along with services relating to forensics, collection, hosting, consulting and analysis. Epiq's software offerings include Epiq Portal, eDataMatrix, DocuMatrix and DMX. eDataMatrix is Epiq's own processing engine, which is highly scalable and supports over 400 file types. DocuMatrix is Epiq's workflow-based review platform. In addition to offering its own proprietary technology, Epiq offers third-party software to perform application and data hosting for clients that use other products. This arrangement suits law firms particularly well, as they tend to use different products for different cases, or are asked by their clients to use particular products. Epiq provides hosted, on-site and managed services. It is a global player in the e-discovery market, with operations and data centers in the U.S., Canada, Japan, China and the U.K.<br><br>Source: Magic Quadrant for E-Discovery Software, p.6<br><br>https://www.legal500.de/wp-content/uploads/assets/legal500/images/sponsors/HP_Gartner_Magic.pdf (annotations added)<br><br>**Open a Folder/Access Review Work Batch**<br><br>DocuMatrix folders organize documents in the database and store work batches for document review.  To view the contents of a work batch, expand the folder named *My Private Folders*, and then the folder named *My Workflow Batches*, as follows:<br><br>Source: DocuMatrix 13.7 Document Review, p.5<br><br>https://www.yumpu.com/en/document/read/53163922/documatrix-137-document-reread/6 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**



Source: DocuMatrix 13.7 Document Review, p.3

https://www.yumpu.com/en/document/read/53163922/documatrix-137-document-reread/6
(annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

| | |
|---|---|
| | ## Processing<br><br>DMX delivers the most powerful data processing in the industry. Excavating deep into data files, DMX fully extracts metadata, text, embedded objects, and domains, so you don't miss information critical to your matter.<br><br>With the constant evolution of file types, our software engineers continually strengthen DMX to handle a wide range of diverse data formats, including Lotus Notes, Bloomberg data, Unix Mail, chat, wikis, SharePoint, audio and video files, as well as emerging data types, such as social media.<br><br>And DMX uses the native application interfaces to analyse, extract, and load data, so all data you load remains in a native format that you can recognise and review online instantly. No need to adjust the data, and no time-consuming TIFF or PDF conversions.<br><br>Real-time information, a complete view of data flow and extensive details on every custodian: with DMX, your data is always at your fingertips.<br><br>Source: dmx-uk.pdf, p.1<br><br>https://www.epiqglobal.com/epiq/media/thinking/ediscovery/uk/dmx-uk.pdf (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**



Source: Epiq Systems Inc Document Delivery, p.1

https://www.ch13bham.com/pdfs/Document_Delivery_Portal_Atty_Registration_Upload_Instructions.pdf (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**



Source: Epiq Systems Inc Document Delivery, p.5

https://www.ch13bham.com/pdfs/Document_Delivery_Portal_Atty_Registration_Upload_Instructions.pdf (annotations added)

The Accused Instrumentalities include a database of portable format electronic documents stored together with at least one proofer identifier.

In particular, the Accused Instrumentalities include Epiq DocuMatrix ("DMX"), which uses a database (eDatamatrix) of document (portable format electronic documents), stored together with at least one proofer identifier.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

|  |  |
|---|---|
|  | **Roles**<br><br>In Epiq Discover, each user is assigned a role that represents the actions they can perform. For example, your Project Manager or Client Administrator manages the users that can access your projects. In addition, the Reviewer, Senior Reviewer, Review Manager roles provide access specific areas within the eDiscovery Review phase of Epiq Discover.<br><br>The following table shows a snapshot of available roles available to you and the areas of functionality that apply to each role. The tasks on the left show a summary of the actions performed by the role. The role identifies the functionality available to the user, as well as the actions they can perform.<br><br>Source: Epiq Discover, Roles<br><br>https://docs.eghlpshield.com/help/discovery/Content/Administration/Users%20and%20roles/Roles.htm<br>(annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**



Source: Document Delivery, p.3

https://www.ch13bham.com/pdfs/Document_Delivery_Portal_Atty_Registration_Upload_Instructions.pdf (annotations added)

Dashboard users can pull valuable metrics from prior matters to inform decisions about future cases. T dashboard also shows users the stage in which their data resides, where each data source has been, t data and custodians included in the current set, and data size and document count—allowing users to interact with the data and find information that never would have been revealed otherwise, ultimately boosting work efficiency across case teams.

Source: Epiq Releases DMX Dashboard

https://www.epiqglobal.com/en-us/resource-center/news/epiq-releases-dmx-dashboard (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

| | |
|---|---|
| | The Accused Instrumentalities include a database of portable format electronic documents stored together with at least one proofer identifier. |
| | An example of a "portable format document" within the '082 patent is "to allow document creators and document approvers (or proof-readers) to exchange computer files without regard to the original authoring software or computer platform." (See '082, e.g., 1:55-58). An example of a "proof identifier" within the '082 patent is "a client is a unique group/collection of proofers. In this regard, it is understood that members of a client group may each have the same or different proofer identifiers." (See '082, e.g., 5:35-38). |
| | To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| **a computer connectable to the network** for receiving a plurality of comments, each concerning a particular one of the portable format documents; and | **The Accused Instrumentalities comprise a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents.** |
| | The Accused Instrumentalities include a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents. |
| | In particular, the Accused Instrumentalities include Epiq DocuMatrix ("DMX") which uses "DMX (DocuMatrix)" for receiving reviewer's annotations (comments), each concerning a particular one of the portable format documents. |
| | Offering end-to-end transparency throughout the eDiscovery process, DMX (DocuMatrix) gives you a holistic picture of data flow; from the original data sources to what's been processed, to what was ultimately reviewed and produced. Most importantly, all the information is woven together seamlessly in an interactive and easy-to-use dashboard |
| | Source: dmx-uk.pdf, p.1 |
| | https://www.epiqglobal.com/epiq/media/thinking/ediscovery/uk/dmx-uk.pdf (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

| | |
|---|---|
| | "**DocuMatrix**assists corporations and law firms with achieving a consistent review, particularly with complex global cases involving multiple review teams in disparate locations," said Christopher E. Olofson, president and chief operating officer of Epiq Systems. "Review hours and costs can be significantly reduced with our review accelerators." <br><br> Source: Epiq Systems Upgrades DocuMatrix <br><br> https://www.pressreleasepoint.com/epiq-systems-upgrades-documatrix%EF%BF%BD-ediscovery-review-tool-%EF%BF%BD-accelerators-and-automated-workflow-exped (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

|  |  |
|---|---|
|  | • **Enhanced Email Threading**shows emails in the context of a conversation and highlights the "inclusive", the last e-mail in a series that contains the complete text of previous messages in the thread.  This feature reduces the need to open and review each individual email message in a thread.<br>• **Automated Keyword Highlighting**identifies words of interest in the document viewer.  Multiple sets of keywords can be simultaneously displayed with different color highlighting.  Attorneys can immediately locate the search terms, privileged terms and other terms of interest accelerating review time.<br><br>This latest version also incorporates a highly developed workflow system.  Clients gain a much deeper level of control over their review process, easing the challenges associated with managing numerous review teams.<br><br>• **Conditional Rules**can prompt a reviewer to provide additional information after making an initial coding decision.  This feature declutters the coding form and guides the reviewer to answer follow-up questions as required, increasing consistency across reviewers.<br>• **Workflow Rules**now ensure that basic quality control requirements are met, such as validating that all attachments and required fields have been coded, before allowing documents to move to another review phase.  Clients can trust that all documents will be reviewed fully.<br><br>Source: Epiq Systems Upgrades DocuMatrix<br><br>https://www.pressreleasepoint.com/epiq-systems-upgrades-documatrix%EF%BF%BD-ediscovery-review-tool-%EF%BF%BD-accelerators-and-automated-workflow-exped (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

| | |
|---|---|
| | Review Documents in the Native File Viewer<br><br>Generally, the File View will adequately render the original file, but there are some exceptions:<br><br>   o      If the file is too large to load (a message is displayed);<br>   o      If the document has a value in the Document Attribute field, indicating that hidden information is available in the native file (i.e. PowerPoint Speaker Notes, Comments, Hidden rows/columns, etc); or<br>   o  If you wish to see formulas rather than results in an MS Excel file.<br><br>In these instances, it is recommended to open the file in its original application, as follows:<br><br>Click on the *Open Native File* link on the right side of the View window        `Open Native File: 8RP_001_00000001.doc`<br><br>Source: DocuMatrix 13.7 Document Review, p.6<br><br>https://www.yumpu.com/en/document/read/53163922/documatrix-137-document-reread/6<br>(annotations added) |

17 of 45

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**



Source: Document Delivery, p.7

https://www.ch13bham.com/pdfs/Document_Delivery_Portal_Atty_Registration_Upload_Instructions.pdf (annotations added)

The evidence above confirms that the Accused Instrumentalities include a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents.

An example of a "computer connectable to the network" within the '082 patent is "Documents 54 are received from creators 56 and made available to proofers 52 over a network 58 by central computer 60."

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

| | |
|---|---|
| | (See '082, e.g., 3:56-58). An example of "receiving plurality of comments" within the '082 patent is "Upon review of displayed document versions, proofers 52 may return comments 70 to central computer 60 for storage on database 64 together with the corresponding document version." (See '082, e.g., 4:6-9). <br><br> To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| **a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents;** | **The Accused Instrumentalities comprise a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents.** <br><br> The Accused Instrumentalities include a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents. <br><br> In particular, the Accused Instrumentalities include Epiq DocuMatrix ("DMX") which includes a program executing on computer for associating and storing the received "plurality of comments" together with "document" (i.e., the particular portable format electronic documents) in database. <br><br> • **Conditional Rules** can prompt a reviewer to provide additional information after making an initial coding decision. This feature declutters the coding form and guides the reviewer to answer follow-up questions as required, increasing consistency across reviewers. <br><br> Source: Epiq Systems Upgrades DocuMatrix <br><br> https://www.pressreleasepoint.com/epiq-systems-upgrades-documatrix%EF%BF%BD-ediscovery-review-tool-%EF%BF%BD-accelerators-and-automated-workflow-exped (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

| | |
|---|---|
| | **Open a Folder/Access Review Work Batch**<br><br>DocuMatrix folders organize documents in the database and store work batches for document review. To view the contents of a work batch, expand the folder named *My Private Folders*, and then the folder named *My Workflow Batches*, as follows:<br><br>Source: DocuMatrix 13.7 Document Review, p.5<br><br>https://www.yumpu.com/en/document/read/53163922/documatrix-137-document-reread/6 (annotations added)<br><br><br><br>Source: Document Delivery, p.7<br><br>https://www.ch13bham.com/pdfs/Document_Delivery_Portal_Atty_Registration__Upload_Instructions.pdf (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

|  |  |
|---|---|
|  | • **Workflow Rules** now ensure that basic quality control requirements are met, such as validating that all attachments and required fields have been coded, before allowing documents to move to another review phase.  Clients can trust that all documents will be reviewed fully.<br><br>Source: Epiq Systems Upgrades DocuMatrix<br><br>https://www.pressreleasepoint.com/epiq-systems-upgrades-documatrix%EF%BF%BD-ediscovery-review-tool-%EF%BF%BD-accelerators-and-automated-workflow-exped (annotations added)<br><br>Review Documents in the Native File Viewer<br><br>Generally, the File View will adequately render the original file, but there are some exceptions:<br><br>o    If the file is too large to load (a message is displayed);<br>o    If the document has a value in the Document Attribute field, indicating that hidden information is available in the native file (i.e. PowerPoint Speaker Notes, Comments, Hidden rows/columns, etc); or<br>o    If you wish to see formulas rather than results in an MS Excel file.<br><br>In these instances, it is recommended to open the file in its original application, as follows:<br><br>Click on the *Open Native File* link on the right side of the View window    `Open Native File: BRP_001_00000001.doc`<br><br>Source: DocuMatrix 13.7 Document Review, p.6<br><br>https://www.yumpu.com/en/document/read/53163922/documatrix-137-document-reread/6 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

| |
|---|

## How We Deliver

With the DMX dashboard, data from previous projects can easily be referenced to inform decisions about future cases. The platform allows you to interact with the data and find information that never would have been revealed otherwise. The dashboard is also review platform agnostic, providing review and production metrics for both Epiq DMX and Relativity®. DMX has been used in the industry's largest global litigations, investigations, and regulatory actions.

Source: Source: eDiscovery Business Intelligence, p.1

https://www.epiqglobal.com/epiq/media/thinking/ediscovery/uk/dmx-uk.pdf (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

| Role | Access Level Summary |
|---|---|
| Reviewer | Reviews assigned batches. |
| Senior Reviewer | Views all assignments created in a project and changes batch assignments. They can view folders that have permission to access. They can search for documents in their assignments or folders that they can access. Also performs Reviewer tasks. |
| Review Manager | Except for Chat, Review Managers manage all aspects of the review phase, including assignments, searches, folders, retrieving predictive scores, coding forms, mass document updates, images, OCR, production, and reports.<br><br>• They can access a secured folder only if they are a member of a group that can access it.<br>• They can search for documents in folders that they can access.<br><br>Also performs Senior Reviewer tasks. |

Source: Epiq Discover, Roles

https://docs.eghlpshield.com/help/discovery/Content/Administration/Users%20and%20roles/Roles.htm
(annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**



Source: Epiq Discovery Overview  (Time Stamp, 1:12)

https://www.youtube.com/watch?v=_I9KXfZ9sK0 (annotations added)

The evidence confirms that the Accused Instrumentalities include a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents.

An example of a "program executing on computer" within the '082 patent is "The computer also receives comments submitted by proofers, in which case the program stores the comments together with the corresponding document version." (See '082, e.g., 3:28-30).

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

| | |
|---|---|
| | To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result.  Any differences are insubstantial. |
| **said computer** for receiving a request, from a proofer presenting the proofer identifier, **to review** a particular portable format electronic document; | **The Accused Instrumentalities comprise a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document.**<br><br>The Accused Instrumentalities include a computer for receiving a request, from a proofer presenting the proofer identifier.<br><br>In particular, the Accused Instrumentalities include Epiq DocuMatrix ("DMX"), which includes computer receiving a request from Reviewer (proofer) presenting their user ID (i.e., proofing identifier).<br><br>## Roles<br><br>In Epiq Discover, each user is assigned a role that represents the actions they can perform. For example, your Project Manager or Client Administrator manages the users that can access your projects. In addition, the Reviewer, Senior Reviewer, Review Manager roles provide access specific areas within the eDiscovery Review phase of Epiq Discover.<br><br>The following table shows a snapshot of available roles available to you and the areas of functionality that apply to each role. The tasks on the left show a summary of the actions performed by the role. The role identifies the functionality available to the user, as well as the actions they can perform.<br><br>Source: Epiq Discover, Roles<br><br>https://docs.eghlpshield.com/help/discovery/Content/Administration/Users%20and%20roles/Roles.htm<br>(annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**



Source: DocuMatrix 13.7 Document Review, p.3

https://www.yumpu.com/en/document/read/53163922/documatrix-137-document-reread/6
(annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**



Source: Document Delivery, p.3

https://www.ch13bham.com/pdfs/Document_Delivery_Portal_Atty_Registration_Upload_Instructions.pdf (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

Source: Document Delivery, p.4

https://www.ch13bham.com/pdfs/Document_Delivery_Portal_Atty_Registration_Upload_Instructions.pdf (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

| | |
|---|---|
| | **KEYWORD HIGHLIGHTS**<br><br>In addition to highlighting search hits, the Document Details window will highlight important keywords, without having to do a text search for those words.<br><br>An administrator can create sets of keywords and assign them to all users, or specific users. Each set can be given a different color.<br><br>Each keyword set is shown in its assigned color scheme. You can choose to enable or disable a keyword set by clicking on its name. The checkbox next to each keyword set indicates whether it is enabled (checked) or disabled (unchecked).<br><br>Source: DocuMatrix 13.7 Document Review, p.8<br><br>https://www.yumpu.com/en/document/read/53163922/documatrix-137-document-reread/8<br>(annotations added)<br><br><br>The Accused Instrumentalities include a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document.<br><br>In particular, the Accused Instrumentalities include Epiq DocuMatrix which includes computer receiving a request from Reviewer (proofer) presenting their user ID (i.e., proofing identifier) to review the content (i.e., portable format document). |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

| Role | Access Level Summary |
|---|---|
| Reviewer | Reviews assigned batches. |
| Senior Reviewer | Views all assignments created in a project and changes batch assignments. They can view folders that have permission to access. They can search for documents in their assignments or folders that they can access. Also performs Reviewer tasks. |
| Review Manager | Except for Chat, Review Managers manage all aspects of the review phase, including assignments, searches, folders, retrieving predictive scores, coding forms, mass document updates, images, OCR, production, and reports.<br><br>• They can access a secured folder only if they are a member of a group that can access it.<br>• They can search for documents in folders that they can access.<br><br>Also performs Senior Reviewer tasks. |

Source: Epiq Discover, Roles

https://docs.eghlpshield.com/help/discovery/Content/Administration/Users%20and%20roles/Roles.htm
(annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

| | |
|---|---|
| | And DMX uses the native application interfaces to analyse, extract, and load data, so all data you load remains in a native format that you can recognise and review online instantly. No need to adjust the data, and no time-consuming TIFF or PDF conversions.<br><br>Real-time information, a complete view of data flow and extensive details on every custodian: with DMX, your data is always at your fingertips.<br><br>Source: Source: eDiscovery Business Intelligence, p.1<br><br>https://www.epiqglobal.com/epiq/media/thinking/ediscovery/uk/dmx-uk.pdf (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

Source: Document Delivery, p.2

https://www.ch13bham.com/pdfs/Document_Delivery_Portal_Atty_Registration__Upload_Instructions.pdf (annotations added)

32 of 45

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

| | |
|---|---|
| | **How We Deliver**<br><br>With the DMX dashboard, data from previous projects can easily be referenced to inform decisions about future cases. The platform allows you to interact with the data and find information that never would have been revealed otherwise. The dashboard is also review platform agnostic, providing review and production metrics for both Epiq DMX and Relativity®. DMX has been used in the industry's largest global litigations, investigations, and regulatory actions.<br><br>Source: Source: eDiscovery Business Intelligence, p.1<br><br>https://www.epiqglobal.com/epiq/media/thinking/ediscovery/uk/dmx-uk.pdf (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**



**Epiq Discovery Overview**

Source: Epiq Discovery Overview  (Time Stamp,  1:12)

https://www.youtube.com/watch?v=_I9KXfZ9sK0 (annotations added)

The evidence above confirms that the Accused Instrumentalities include a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document.

To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result.  Any differences are insubstantial.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

| | |
|---|---|
| **said program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review.** | **The Accused Instrumentalities comprise a program for retrieving and formatting the requested document for simultaneous display to permit review.**<br><br>The Accused Instrumentalities include a program for retrieving and formatting the requested document.<br><br>In particular, the Accused Instrumentalities include Epiq DocuMatrix ("DMX"), which provides program for retrieving and formatting "content" (i.e., the requested document).<br><br>And DMX uses the native application interfaces to analyse, extract, and load data, so all data you load remains in a native format that you can recognise and review online instantly. No need to adjust the data, and no time-consuming TIFF or PDF conversions.<br><br>Real-time information, a complete view of data flow and extensive details on every custodian: with DMX, your data is always at your fingertips.<br><br>Source: Source: eDiscovery Business Intelligence, p.1<br><br>https://www.epiqglobal.com/epiq/media/thinking/ediscovery/uk/dmx-uk.pdf (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

- **Enhanced Email Threading** shows emails in the context of a conversation and highlights the "inclusive", the last e-mail in a series that contains the complete text of previous messages in the thread. This feature reduces the need to open and review each individual email message in a thread.
- **Automated Keyword Highlighting** identifies words of interest in the document viewer. Multiple sets of keywords can be simultaneously displayed with different color highlighting. Attorneys can immediately locate the search terms, privileged terms and other terms of interest accelerating review time.

This latest version also incorporates a highly developed workflow system. Clients gain a much deeper level of control over their review process, easing the challenges associated with managing numerous review teams.

- **Conditional Rules** can prompt a reviewer to provide additional information after making an initial coding decision. This feature declutters the coding form and guides the reviewer to answer follow-up questions as required, increasing consistency across reviewers.
- **Workflow Rules** now ensure that basic quality control requirements are met, such as validating that all attachments and required fields have been coded, before allowing documents to move to another review phase. Clients can trust that all documents will be reviewed fully.

Source: Epiq Systems Upgrades DocuMatrix

https://www.pressreleasepoint.com/epiq-systems-upgrades-documatrix%EF%BF%BD-ediscovery-review-tool-%EF%BF%BD-accelerators-and-automated-workflow-exped (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

Review Documents in the Native File Viewer

Generally, the File View will adequately render the original file, but there are some exceptions:

- If the file is too large to load (a message is displayed);
- If the document has a value in the Document Attribute field, indicating that hidden information is available in the native file (i.e. PowerPoint Speaker Notes, Comments, Hidden rows/columns, etc); or
- If you wish to see formulas rather than results in an MS Excel file.

In these instances, it is recommended to open the file in its original application, as follows:

Click on the *Open Native File* link on the right side of the View window

Open Native File: BRP_001_00000001.doc

Source: DocuMatrix 13.7 Document Review, p.6

https://www.yumpu.com/en/document/read/53163922/documatrix-137-document-reread/6
(annotations added)

## Share and create a joint chronology

Document reviewers working collaboratively will deliver the best results. Having the ability to share documents instantaneously, jointly develop a chronology and curate key documents by event, witness, issue, or custom label is a powerful asset to your matter.

Source: ediscovery-capability-maturity-model.pdf, p.10

https://www.epiqglobal.com/epiq/media/thinking/ediscovery/au/ediscovery-capability-maturity-model.pdf (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

The Accused Instrumentalities include a program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review.

In particular, the Accused Instrumentalities include Epiq DocuMatrix ("DMX"), which includes "DMX native application" for retrieving and formatting "content" (i.e., the requested document) together with the associated plurality of comments for simultaneous display to permit review.

| Role | Access Level Summary |
|---|---|
| Reviewer | Reviews assigned batches. |
| Senior Reviewer | Views all assignments created in a project and changes batch assignments. They can view folders that have permission to access. They can search for documents in their assignments or folders that they can access. Also performs Reviewer tasks. |
| Review Manager | Except for Chat, Review Managers manage all aspects of the review phase, including assignments, searches, folders, retrieving predictive scores, coding forms, mass document updates, images, OCR, production, and reports.<br><br>• They can access a secured folder only if they are a member of a group that can access it.<br><br>• They can search for documents in folders that they can access.<br><br>Also performs Senior Reviewer tasks. |

Source: Epiq Discover, Roles

https://docs.eghlpshield.com/help/discovery/Content/Administration/Users%20and%20roles/Roles.htm
(annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**



**Epiq Discovery Overview**

Source: Epiq Discovery Overview  (Time Stamp,  1:12)

https://www.youtube.com/watch?v=_I9KXfZ9sK0 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

|  |  |
|---|---|
|  | **Level 3**<br><br>Lawyers begin to seek mechanisms that will improve the eDiscovery process and begin to use predictive coding technology to identify relevant files. Lawyers will also begin to interpret performance analytics in order to actively measure and identify areas of the review in which greater efficiencies can be achieved. File reviewers develop a real-time collaborative process with other reviewers in order to work towards developing a common chronology and narrative.<br><br>Source: ediscovery-capability-maturity-model.pdf, p.3<br><br>https://www.epiqglobal.com/epiq/media/thinking/ediscovery/au/ediscovery-capability-maturity-model.pdf (annotations added)<br><br>**Offering end-to-end transparency throughout the eDiscovery process, DMX (DocuMatrix) gives you a holistic picture of data flow; from the original data sources to what's been processed, to what was ultimately reviewed and produced. Most importantly, all the information is woven together seamlessly in an interactive and easy-to-use dashboard**<br><br>Source: dmx-uk.pdf, p.1<br><br>https://www.epiqglobal.com/epiq/media/thinking/ediscovery/uk/dmx-uk.pdf (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

| | |
|---|---|
| | ## How We Deliver<br><br>With the DMX dashboard, data from previous projects can easily be referenced to inform decisions about future cases. The platform allows you to interact with the data and find information that never would have been revealed otherwise. The dashboard is also review platform agnostic, providing review and production metrics for both Epiq DMX and Relativity®. DMX has been used in the industry's largest global litigations, investigations, and regulatory actions.<br><br>Source: Source: eDiscovery Business Intelligence, p.1<br><br>https://www.epiqglobal.com/epiq/media/thinking/ediscovery/uk/dmx-uk.pdf (annotations added)<br><br>The evidence above confirms that the Accused Instrumentalities include a program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review.<br><br>An example of "retrieving and formatting the requested document" within the '082 patent is "Subsequent formatting and display of the same document version may thereby include a complete history of comments submitted by various other reviewers." (See '082, e.g., 4:9-11).<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16

| Claim 16 | Accused Instrumentalities |
|---|---|
| The system of claim 10 **wherein said** **program** retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record. | **The Accused Instrumentalities comprise a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.** <br><br> The Accused Instrumentalities include a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record. <br><br> The Accused Instrumentalities include Epiq DocuMatrix ("DMX"), which provide a program for retrieving record corresponding to document (i.e., requested document) and transmit a URL link that point to the specific document" (i.e., document from data in the record). <br><br> Follow these tips to get non-electronic data into the tool quickly and cost effectively: <br><br> · Engage a third party to scan and create a unique document ID for each document <br><br> · Reliable optical character recognition (OCR) and the extraction of metadata is pivotal to achieving a thorough review <br><br> · Ensure all documents are accounted for and have a unique document ID <br><br> Source: ediscovery-capability-maturity-model.pdf, p.6 <br><br> https://www.epiqglobal.com/epiq/media/thinking/ediscovery/au/ediscovery-capability-maturity-model.pdf (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

| | |
|---|---|
| | Stage 4<br><br>Text and metadata need to be extracted from the documents to assist with searching and filtering. Duplicate documents may also be removed from the review. Determine if your eDiscovery software can perform these processing tasks, or if a third party provider needs to be engaged.<br><br>Source: ediscovery-capability-maturity-model.pdf, p.5<br><br>https://www.epiqglobal.com/epiq/media/thinking/ediscovery/au/ediscovery-capability-maturity-model.pdf (annotations added)<br><br>Review Documents in the Native File Viewer<br><br>Generally, the File View will adequately render the original file, but there are some exceptions:<br><br>○   If the file is too large to load (a message is displayed);<br>○   If the document has a value in the Document Attribute field, indicating that hidden information is available in the native file (i.e. PowerPoint Speaker Notes, Comments, Hidden rows/columns, etc); or<br>○ If you wish to see formulas rather than results in an MS Excel file.<br><br>In these instances, it is recommended to open the file in its original application, as follows:<br><br>Click on the *Open Native File* link on the right side of the View window      Open Native File: BRP_001_00000001.doc<br><br>Source: DocuMatrix 13.7 Document Review, p.6<br><br>https://www.yumpu.com/en/document/read/53163922/documatrix-137-document-reread/6 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**



Source: DocuMatrix 13.7 Document Review, p.6

https://www.yumpu.com/en/document/read/53163922/documatrix-137-document-reread/6
(annotations added)

The evidence above confirms the Accused Instrumentalities include a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.

An example of "assembles a URL" within the '082 patent is "When a proofer requests a document version, the URL is assembled by combining the protocol and host "<protocol>://<host>" together with the directory tree structure assembled from the information about the document version "<client>/<version>/<name>". The complete URL takes the form

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant OMERS Private Equity USA Inc. - Claim 16**

| | |
|---|---|
| | <protocol>://<host>/<client>/<project>/<version>/<name>/." (See '082, e.g., 5:55-61). An example of "retrieved record" within the '082 patent is "information stored in records 88 for each unique tag 106 include creator identifier 108, creation date and time 110, approval status 112, document description 114, current version number 116 and latest version number 118" (See '082, e.g., 6:10-14).<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result.  Any differences are insubstantial. |